## THE PEOPLE *v.* AH TI.

The Appellate Court will not disturb a verdict when the testimony is conflicting, or when the credibility of witnesses must be passed upon.

APPEAL from the Court of Sessions of Nevada County.

The facts of this case appear in the opinion of the Court.

*Belden & Yant* for Appellant.

The principle that verdicts may be set aside in both civil and criminal cases, as against the evidence, is already well established, and we have, therefore, only to show that the case at bar comes within the rule prescribed by this Court. White *v.* Prader, Oct. T., 1856; Patten *v.* Seale, Oct. T., 1857; Patten *v.* Corney, Oct. T., 1857; The People *v.* Benson, July T., 1856.

*Attorney-General* for Respondent.

BURNETT, J., delivered the opinion of the Court—FIELD, J., concurring.

The defendant was convicted of grand larceny. The only error assigned is that the testimony did not justify the verdict.

The rule is well settled that where there is no legal testimony to sustain the verdict, it will be set aside; but where the testimony is conflicting, or where the credibility of witnesses must be passed upon, it is a matter solely for the jury to determine. In this case, we think the jury might have found the defendant guilty or not guilty, and the Court would not have been justified in granting a new trial.

Judgment affirmed.